# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JASPER CONTRACTORS, INC., a/a/o
PATRICK NWAOKORIE,**

      **Plaintiff,**

**v.**                                                                      **CASE NO.**

_____

**ASI ASSURANCE CORP.,**

      **Defendant.**

_____/

## DEFENDANT ASI ASSURANCE CORP.'S
## NOTICE OF REMOVAL

Defendant, ASI ASSURANCE CORP. (hereinafter "ASI" or "Defendant"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1332 & 1446, files this Notice of Removal from the Circuit Court for the Ninth Judicial Circuit in and for Osceola County, Florida, in which this action is pending, to the United States District Court, Middle District of Florida, Orlando Division, and in support would show the Court the following:

1.       This is an action brought by Jasper Contractors, Inc., as assignee of Patrick Nwaokorie (hereinafter "Plaintiff"), against Defendant for an alleged breach of contract.

2.       Removal is appropriate under 28 U.S.C. § 1332 because complete diversity of citizenship exists between the parties and because the amount in controversy exceeds $75,000, exclusive of interest and costs.

3.       Plaintiff commenced a civil action against ASI on May 16, 2019, by filing a Complaint, a true copy of which is attached hereto as **Exhibit 1**, entitled JASPER CONTRACTORS, INC.,

A/A/O PATRICK NWAOKORIE, Case No. 2019-CA-001456, in the Circuit Court for the Ninth Judicial Circuit in and for Osceola County, Florida.

4.       The complaint alleges a breach of contract against ASI regarding the homeowner's insurance claim with a date of loss of May 8, 2018, involving the property at 1861 Windward Oaks Ct., Kissimmee, FL 34746 (hereinafter the "Property"). **Exhibit 1**.

5.       The Plaintiff's Complaint, together with the additional record evidence, establishes that this Court has subject matter jurisdiction over this matter.

6.       The Complaint alleges that the lawsuit is an "action for damages which exceed Fifteen Thousand and 00/100 ($15,00.00) Dollars, exclusive of attorney's fees, costs, and interest." **Exhibit 1**, ¶1.

7.       The Circuit Court issued the Summons on May 6, 2019 to the Defendant ASI Assurance Corp. **Exhibit 2**.

8.       The summons was served upon the Florida Department of Financial Services via electronic delivery on May 16, 2019. The Florida Department of Financial Services forwarded the Summons to the designated agent for the service of process for ASI, via electronic delivery on May 20, 2019. **Exhibit 3**.

9.       Nothing in the Complaint established that the amount in controversy exceeded $75,000.00.

10.      The estimate dated September 13, 2018 that Plaintiff presented to ASI in the underlying insurance claim estimates damages totaling $75,524.92. **Exhibit 4**.

11.      Further, on June 6, 2019, Plaintiff's counsel presented a $119,30.760 estimate dated May 22, 2019. **Exhibit 5**.

2

12.    The Plaintiff's estimates constitute "other paper" that justifies removal of the case. Lowery v. Ala. Power Co., 483 F.3d 1184, 1209 (11th Cir. 2007); Burns v. Windsor Ins. Co., 31 F.3d 1092, 1097 (11th Cir. 1994).

13.    This Notice of Removal is filed timely under 28 U.S.C. § 1446, because it is filed within 30 days of service of the initial pleading. Because Defendant was served with the initial pleading on May 20, 2019, the deadline for removal is June 19, 2019.

14.    The Plaintiff's estimates may be used to establish the jurisdictional limit. Lowery v. Ala. Power Co., 483 F.3d 1184, 1209 (11th Cir. 2007); Burns v. Windsor Ins. Co., 31 F.3d 1092, 1097 (11th Cir. 1994); see also Meridian Sec. Ins. Co. v. Sadowski, 441 F.3d 536, 542 (7th Cir. 2006); Cohn v. Petsmart, Inc., 281 F.3d 837, 840 (9th Cir. 2002).

15.    Where a plaintiff has not pled a specific amount of damages, the removing defendant must establish the amount in controversy by a preponderance of the evidence. Williams v. Best Buy Co., 269 F.3d 1316, 1319 (11th Cir. 2001).

16.    In this case, the Plaintiff's own repair estimates dated September 13, 2018 and May 22, 2019 to replace the roof of the Insureds' property, exceed the jurisdictional limit. As ASI has made no payment for the purported damages to the roof, this establishes by a preponderance of the evidence that the jurisdictional limit is met.

17.    Upon information and belief, Plaintiff, JASPER CONTRACTORS, Inc. a/a/o Patrick Nwaokorie is a citizen of (1) the State of Georgia—the state in which the Plaintiff maintains its principal place of business—and (2) the State of Indiana—the state in which the Plaintiff is incorporated.

18.    A corporation's citizenship is determined by principal place of business, which is

defined by the place "where the corporation's high-level officers direct, control, and coordinate the corporation's activities." Hertz Corp. v. Friend, 559 U.S. 77, 130 S.Ct. 1181, 175 L.Ed.2d 1029 (2010).

19.    Jasper Contractors, Inc. is an Indiana Corporation and, at all times material hereto, maintained its principal place of business in Kennesaw, Georgia. Plaintiff's listed principal place of business according to Florida's Division of Corporations is 1690 Roberts Blvd, Suite 112, Kennesaw, GA 30144. A copy of Jasper Contractors, Inc.'s 2018 and 2019 Florida Profit Annual Reports is attached hereto as composite **Exhibit 6**.

20.    Therefore, at the commencement of this action, and all times material hereto, Jasper Contractors, Inc. maintained its principal place of business in Kennesaw, Georgia and is a citizen of Indiana and Georgia.

21.    An individual's citizenship is determined by domicile, which is established by residence plus an intent to remain. Miss. Band of Choctow Indians v. Holyfield, 490 U.S. 30, 48 (1989).

22.    The Complaint also alleges that the lawsuit arises out of alleged damage to the Insureds' Property. **Exhibit 1**, ¶¶ 5 & 6. The assignor in this case is the insured, Patrick Nwaokorie, who is domiciled in and a citizen of New York.

23.    According to the NYC Department of Finance, the Insured, Okey Nwaokorie has the BASIC STAR property tax exemption on the property at 525 Marlborough Rd., Brooklyn, NY 11226. A copy of the Insured Nwaokorie's Notice of Property Value Tax Year 2019-20 for the property located at 525 Marlborough Road is attached hereto as **Exhibit 7**.

24.    To qualify for the BASIC STAR exemption, individuals must use the property claiming

the exemption as the primary residence of one or more of the owners thereof. N.Y. Real Prop. Tax Law § 425 (McKinney).

25.     At the commencement of this action, and at all times since, Defendant ASI has and still is a citizen of Florida, the state of its incorporation and the state in which it maintains its principal place of business. An Affidavit attesting to Defendant's citizenship is attached as **Exhibit 8**.

26.     The above-described action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332, and the action may be removed to this Court by the Defendant pursuant to the provisions of 28 U.S. C. § 1440 and §§ 1446(b) because it involves a controversy between citizens of different states and the amount in controversy exceeds $75,000.

27.     A copy of the state court docket as of the date of this removal is attached as **Exhibit 9**.

28.     Pursuant to Middle District of Florida Local Rule 4.02, a true and legible copy of all process, pleadings, order and other papers or exhibits of every kind, including depositions, on file with the state court as of the date of this Notice, is filed herewith. The Complaint is attached hereto as Exhibit 1. The remainder of the documents filed in the state court proceeding are attached hereto as composite **Exhibit 10**.

29.     A copy of this Notice will be timely filed with the Clerk of the Circuit Court of the Ninth Judicial Circuit in and for Osceola County, Florida.

30.     Also on this day, written notice of this Notice of Removal has been given to the Plaintiff, Jasper Contractors, Inc. a/a/o Patrick Nwaokorie, through its counsel of record, Roger Hatfield, Morgan & Morgan, P.A., 20 N. Orange Avenue, 4th Floor, Orlando, FL 32801,

rhatfield@forthepeople.com, pvaldez@forthepeople.com, dalston@forthepeople.com.

31.     The undersigned certifies that the Defendant, ASI, has consented to the removal of this action from the Ninth Judicial Circuit Court of Osceola County, Florida to the United Stated District Court, Middle District of Florida, Orlando Division.

32.     The undersigned counsel is authorized by ASI to file this Notice of Removal, is licensed in the State of Florida, and is a member in good standing of the Bar of this Court.

WHEREFORE, named defendant, ASI ASSURANCE CORP., prays that the action now pending in the Ninth Judicial Circuit Court, Osceola County, Florida be removed therefrom to this Court.

MICHAELA D. SCHEIHING, ESQUIRE
Lead Counsel
Florida Bar Number 0931853
**Southeast Law Group, P.A.**
1825 Business Park Blvd., Suite A
Daytona Beach, FL  32114
(386) 274-1700
Attorneys for Defendant
mscheihing@southeastlaw.com
kmarye@southeastlaw.com
avanfleet@southeastlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified in the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filings.

Michaela D. Scheihing
Florida Bar Number 0931853
**Southeast Law Group, P.A.**
1825 Business Park Blvd., Suite A
Daytona Beach, FL  32114
Office: (386) 274-1700
Attorneys for Defendant
mscheihing@southeastlaw.com
kmarye@southeastlaw.com
avanfleet@southeastlaw.com

7

## SERVICE LIST

**JASPER CONTRACTORS, INC. a/a/o PATRICK NWAOKORIE**
v.
**ASI ASSURANCE CORP.**

**CASE NO.:**
**United States District Court, Middle District of Florida**

Roger A. Hatfield, Esquire
Morgan & Morgan, P.A.,
20 N. Orange Avenue, 4th Floor,
Orlando, FL 32801
P.: 407-839-4409
F.: 407-204-2109
rhatfield@forthepeople.com
pvaldez@forthepeople.com
dalston@forthepeople.com
 **[Via E-Mail]**

Michaela D. Scheihing, Esquire
Florida Bar Number:  0931853
**Southeast Law Group, P.A.**
1825 Business Park Blvd., Suite A
Daytona Beach, Florida 32114
(386) 274-1700 - Telephone
Attorneys for Defendant
mscheihing@southeastlaw.com
kmarye@southeastlaw.com
avanfleet@southeastlaw.com
**[Via CM/ECF & E-Mail]**